**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  26-60618-CIV-DAMIAN**

**OLGA MONAKHOVA**,

     Plaintiff,

v.

**UNITED STATES CITIZENSHIP**
**AND IMMIGRATION SERVICES,**

     Defendants.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR MOOTNESS
## [ECF NO. 10]

**THIS CAUSE** is before the Court upon Defendant's Motion to Dismiss for Mootness [ECF No. 10] (the "Motion").

THE COURT has reviewed the Motion and the pertinent portions of the record and is otherwise fully advised.

In the Motion, Defendant avers that Plaintiff's Complaint seeking adjudication of her naturalization application is now moot. Plaintiff does not oppose the Motion.

"Article III of the Constitution limits the jurisdiction of the federal courts to the consideration of 'Cases' and 'Controversies.'" *Mingkid v. U.S. Att'y Gen.*, 468 F.3d 763, 768 (11th Cir. 2006) (citation omitted). "[A] case is moot when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Al Najar v. Ashcroft*, 273 F.3d 1330, 1335–36 (11th Cir. 2001) (citation omitted) (alteration in original).

Here, Plaintiff filed this action seeking to compel United States Citizenship and Immigration Services to adjudicate her pending application for naturalization. *See* Compl. [ECF No. 1]. Defendant now represents that Plaintiff's naturalization application has been

approved, Plaintiff appeared for a naturalization ceremony on May 15, 2026, and Plaintiff has received her Certificate of Naturalization. *See* Mot. at 1. Having obtained the adjudication of her application and completed the naturalization process, Plaintiff has received the relief sought in the Complaint. *See id*. at 1–2.

Because there is no longer any effective relief this Court can provide, the parties no longer have a legally cognizable interest in the outcome of this litigation, and the case is moot. Therefore, dismissal for lack of a live case or controversy is warranted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     The Defendant's Motion to Dismiss for Mootness **[ECF No. 10]** is **GRANTED.**

2.     Plaintiff's Complaint is **DISMISSED AS MOOT**.

3.     Any pending motions are **DENIED AS MOOT**.

4.     The Clerk is directed to **CLOSE** this case. Any scheduled hearings are **CANCELED,** and all pending deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 27th day of July, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**